I, Sandra Watson, have read this Complaint, and the statements herein are true to the best of my knowledge or belief.

_____
SANDRA WATSON

COUNTY OF Carter )
)
STATE OF Oklahoma )

Subscribed and sworn to before me by Sandra Watson, on this the 25th day of January, 2010.

_____
NOTARY PUBLIC, STATE-AT-LARGE, Oklahoma.
My commission expires: August 22, 2010

KENDRA S. BROOKS
Notary Public, State of Oklahoma
Commission # 06008260
My Commission Expires August 22, 2010

I, Marion Watson, have read this Complaint, and the statements herein are true to the best of my knowledge or belief.

_____
MARION WATSON

COUNTY OF Carter )
)
STATE OF Oklahoma )

Subscribed and sworn to before me by Marion Watson, on this the 25th day of January, 2010.

_____
NOTARY PUBLIC, STATE-AT-LARGE, Oklahoma.
My commission expires: August 22, 2010

KENDRA S. BROOKS
Notary Public, State of Oklahoma
Commission # 06008260
My Commission Expires August 22, 2010