UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

SANDRA WATSON
AND
MARION TRACY WATSON,

    PLAINTIFFS

v().

MICHAEL GLOVER, M.D.,

AND

WOMEN'S CARE FOR THE COMMONWEALTH,

    DEFENDANTS.

CIVIL ACTION NO. 5:10-CV-00042-KKC

**AGREED ORDER OF DISMISSAL**

This matter having come before the Court by agreement of the plaintiffs, Sandra Watson and Marion Tracy Watson, by counsel, and the defendants, Michael Glover, M.D. and Women's Care for the Commonwealth, by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the plaintiffs' claims against Dr. Glover and Women's Care for the Commonwealth are HEREBY DISMISSED WITH PREJUDICE. Each party shall bear their own costs.

This is a final and appealable order, there being no just cause for delay.

-2-

Seen and Agreed to:

  s/ Ronald L. Green (w/ permission by JMM)
Ronald L. Green
GREEN & CHESNUT
201 East Main St., Suite 1250
Lexington, KY 40507
COUNSEL FOR PLAINTIFFS

And

  s/ Julie M. McDonnell
Douglass Farnsley
Julie M. McDonnell
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
COUNSEL FOR DEFENDANTS,
MICHAEL GLOVER, M.D. AND
WOMEN'S CARE FOR THE
COMMONWEALTH

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed via the CM/ECF system on this 7th day of April, 2011 upon:

Ronald L. Green
rgreen@greenandchesnut.com
*Counsel for Plaintiffs*

  s/ Julie M. McDonnell
Counsel for Michael Glover, M.D. and Women's
Care for the Commonwealth

825448:1:LOUISVILLE